| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>HUESTON HENNIGAN LLP - Tel: (213) 788-4340<br>John C. Hueston, State Bar No. 164921<br>jhueston@hueston.com<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Michael H. Todisco, State Bar No. 315814<br>mtodisco@hueston.com<br>523 West 6th Street, Suite 400, Los Angeles, CA 90014 | |
| ATTORNEY(S) FOR: Plaintiff DON LEE FARMS | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEE FARMS, a division of Goodman Food Products, Inc.,<br>Plaintiff(s),<br>v.<br>BEYOND MEAT, INC., a Delaware Corporation,; and ETHAN BROWN, an individual,<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-3751<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Plaintiff DON LEE FARMS, a division of Goodman Food Products, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DON LEE FARMS, a division of Goodman Food Products, Inc. | Plaintiff |
| BEYOND MEAT, INC., a Delaware Corporation | Defendant |
| ETHAN BROWN, an individual | Defendant |
| DONALD GOODMAN | Goodman Food Products, Inc. Shareholder |
| DANIEL GOODMAN | Goodman Food Products, Inc. Shareholder |
| BRANDON GOODMAN | Goodman Food Products, Inc. Shareholder |
| MICHAEL GOODMAN | Goodman Food Products, Inc. Shareholder |
| JAXSON GOODMAN | Goodman Food Products, Inc. Shareholder |

June 2, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff DON LEE FARMS